# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| SONDRA D HICKS, | Civil No. 3:13-CV-06076-KLS |
| Plaintiff, | |
| vs. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for supplemental security income payments under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings before an Administrative Law Judge, a de novo hearing, and a new decision. On remand, the ALJ will reevaluate the medical record, including the opinion of Dr. Langhofer. The Administrative Law Judge will obtain a psychiatric medical expert testimony to clarify the nature and severity of the claimant's mental impairments. The credibility, residual functional capacity, and steps 4 and 5 findings should be re-evaluated, as necessary, including securing additional vocational expert testimony.

Page 1        ORDER - [3:13-CV-06076-KLS]

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the case to the Commissioner for further proceedings.  *See*, *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).  Plaintiff will be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 24th day of June, 2014.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Jeffrey R. McClain
JEFFREY R. MCCLAIN
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2732
Fax:  (206) 615-2531
jeffrey.mcclain@ssa.gov